1    David S. Gingras, #021097
     **Gingras Law Office, PLLC**
2    4802 E. Ray Road, #23-271
     Phoenix, AZ 85044
3    Tel.: (480) 264-1400
     Fax: (480) 248-3196
4    David@GingrasLaw.com

5    Attorney for Defendants

6

7                    **UNITED STATES DISTRICT COURT**

8                        **DISTRICT OF ARIZONA**

9

10   General Steel Domestic Sales, LLC,        | Case No: 15-MC-00023-JJT

11                     Plaintiff,              | **[Pending In The U.S. District Court,
                                                  District of Colorado,**
12   v.                                        | **Case No. 1:14-cv-01932-REB-CBS]**

13                                             | **CORPORATE DISCLOSURE**
14   Ethan Daniel Chumley and                     **STATEMENT**
     Atlantic Building Systems, LLC

15
                      Defendants.
16

17        Defendant  Atlantic  Building  Systems,  LLC  ("ABS")  submits  the  following

18   disclosures  pursuant  to  Fed. R. Civ. P. 7.1(a).   ABS  has  no  parent  corporation  and  no

19   publicly-traded company holds any interest in ABS.

20

21        DATED March 11, 2015.

22                                             **GINGRAS LAW OFFICE, PLLC**

23                                             /S/ David S. Gingras_____
24                                             David S. Gingras
                                               Attorney for Defendants
25

26

27

28

GINGRAS LAW OFFICE, PLLC
4802 E. Ray Road, #23-271
PHOENIX, AZ 85044

_____
                **CORPORATE DISCLOSURE STATEMENT**